```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11CR434 LJO |
| Plaintiff, | ) |
| v. | ) STIPULATION RE: |
| | ) CONTINUANCE AND ORDER |
| SERGIO HECTOR AGUILAR and OSCAR ARRELLANO INIEGO, | ) |
| Defendants. | ) |

Defendants SERGIO HECTOR AGUILAR and OSCAR ARRELLANO INIEGO, by and through their attorneys, GARY HUSS and OSCAR ARRELLANO INIEGO, respectively, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter are actively pursuing plea-related discussions and negotiations and need additional time to reach a mutually satisfactory resolution.

   2.  The parties to the above-captioned matter therefore agree

to vacate the April 9, 2012, status conference date in this matter.

3. The parties agree to re-set the matter for status conference on June 25, 2012, at 8:30 a.m.

4. The parties further stipulate that the continuance is necessitated by the parties' desire to continue discussions toward a pre-trial resolution of this matter.

5. The parties stipulate that time would be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties sufficient time to pursue plea negotiations.

DATED: April 5, 2012                      Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

DATED: April 5, 2012                      /s/ Gary Huss
                                          GARY HUSS
                                          Attorney for Defendant
                                          SERGIO HECTOR AGUILAR

DATED: April 5, 2012                      /s/ Peter Jones
                                          PETER JONES
                                          Attorney for Defendant
                                          OSCAR ARRELLANO INIEGO

2

O R D E R

Having read and considered the parties' stipulation to vacate the status conference date of April 9, 2012, and reset the matter for June 25, 2012, at 8:30 a.m.,

IT IS THE ORDER of the Court that the status conference currently set for April 9, 2012, is hereby vacated and the matter is reset for a further status conference on June 25, 2012, at 8:30 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to potentially resolve the matter.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice.

IT IS SO ORDERED.

**Dated:   April 6, 2012**                    　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE