HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OSCAR ARELLANO INIEGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ARELLANO INIEGO,<br><br>Defendant. | No.  Cr. F 11-434 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, OSCAR ARELLANO INIEGO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 22, 2012, this Court sentenced Mr. Iniego to a term of 96 months imprisonment;

3. His total offense level was 29, his criminal history category was IV, and the resulting guideline range was 121 to 151 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Iniego was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Iniego's total offense level has been reduced from 29 to 27, and his amended guideline range is 100 to 125 months. A reduction comparable to the one received at the initial sentencing would produce a term of 79 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Iniego's term of imprisonment to 79 months.

Respectfully submitted,

Dated:  June 4, 2015                              Dated:   June 4, 2015

BENJAMIN B. WAGNER                       HEATHER E. WILLIAMS
United States Attorney                          Federal Defender


 /s/  Kathleen A. Servatius                       /s/ David M. Porter 
KATHLEEN A. SERVATIUS                   DAVID M. PORTER
Assistant U.S. Attorney                          Assistant Federal Defender

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA            OSCAR ARELLANO INIEGO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Iniego is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 100 to 125 months. A reduction comparable to the one received at the initial sentencing would produce a term of 79 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2012 is reduced to a term of 79 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Iniego shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **June 4, 2015**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE