AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00434-LJO   Document 75   Filed 06/26/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OSCAR ARELLANO INIEGO | ) | Case No: 1:11-CR-00434-002 LJO |
| | ) | USM No: 65750-097 |
| Date of Original Judgment: 10/30/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  96 months  months **is reduced to**  79 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/30/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/26/2015                                  /s/ Lawrence J. O'Neill
                                                        *Judge's signature*

Effective Date: 11/01/2015                              Honorable Lawrence J. O'Neill
*(if different from order date)*                        *Printed name and title*